## Aaron Bodenweiser, Appellee, v. Ann Blackburn Banfield, Appellant.

**Gen. No. 45,100.**

 Heard in the first division, first district, this court at the April term, 1950. Gale L. Marcus, for appellant; John O. Levinson, for appellee. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed June 19, 1950; released for publication September 7, 1950.